LLOYD S. CARTER, Respondent, v. ELMORE MILLING COMPANY, INC., and NANCY ELMORE, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. DOYLE, Respondent, v. CITY OF ASTORIA, OREGON, Appellant. (Action No. 1.)— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [147 Misc. 127.]

WILLIAM J. DOYLE, Respondent, v. CITY OF ASTORIA, OREGON, Appellant.— (Action No. 2.)— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [147 Misc. 127.]

JUNE KNIGHT, by BERYL VALLIKETTE, Her Guardian ad Litem, Respondent, v. JACK HOLLAND and JUNE HART, Also Known and Referred to as JUNE LLOYD and JUNE KNIGHT, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

P. V. BARANOWSKY COMPANY, LTD., Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant. (RUSSO-ASIATIC BANK, Respondent.)— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSA SANCHEZ, as Administratrix, etc., of FRANCISCO SANCHEZ, Deceased, Respondent, v. W. R. GRACE & COMPANY and GRACE STEAMSHIP COMPANY, Appellants.—Order modified by denying examination before trial as to items 5, 7, 8, 9, 10, 11 and 12, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEZA G. REED, Appellant, v. GEORGE J. GUNSHOR, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM STEINHAUSER, Appellant, v. LILLIAN STEINHAUSER, Respondent.— Order modified by reducing the amount of alimony to be paid by the plaintiff for the support and maintenance of defendant and for the support and maintenance of the infant child to the sum of twenty-five dollars per week, and counsel fee to the sum of two hundred and fifty dollars, one-half of which is to be paid within ten days from service of order and the balance when case appears on the day calendar for trial, and as so modified affirmed, without costs. The case should be tried before June 1, 1933. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AMERANGLO CORPORATION, Respondent, v. WALT E. DISNEY and Others, Defendants, Impleaded with WALT DISNEY PRODUCTIONS, LTD., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, v. 210 EAST SIXTY-EIGHTH STREET CORPORATION and CHARLES MAYER, Respondents,